UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

THOMAS N GRIZZARD                          Case No.: 6:11-bk-11034-ABB
LINDA K GRIZZARD,

       Debtor(s).

_____/

## NOTICE OF APPEARANCE

      Please take notice that Peter N. Hill of the law firm of Wolff, Hill, McFarlin &
Herron, P.A. hereby enters his appearance as counsel on behalf of Citizens First Bank
and Regional Asset Servicing Corporation.

      The undersigned respectfully requests that the debtors, counsel for the debtors, the
Court and all other parties serve copies of all pleadings, notices, orders and other papers
filed in the above case to him at the address below.

/s/ Peter N. Hill
Peter N. Hill
Florida Bar No. 368814
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Dr.
Orlando, FL 32804
Telephone: (407) 648-0058
Fax: (407) 648-0681
Email: phill@whmh.com

Attorneys for Citizens First Bank
and Regional Asset Servicing Corporation

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 8, 2011 a copy of the foregoing was sent regular, first class United States mail, postage fully pre-paid or by electronic mail to:

Thomas N and Linda K Grizzard, 1300 W North Blvd., Leesburg, FL 34748

Richard W Hennings, Esq., Richard W Hennings PA, 205 N Joanna Ave., Tavares, FL 32778

Dennis D Kennedy, P.O. Box 541848, Merritt Island, FL 32954

U.S. Trustee, 135 W. Central Blvd., Ste 620, Orlando, FL 32801


<u>/s/ Peter N. Hill</u>
Peter N. Hill